**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| WENDY TERLONGE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MARTIN O'MALLEY, | : | |
| Commissioner of | : | |
| Social Security | : | NO. 22-5073 |
| | : | |

**JUDGMENT ORDER**

**AND NOW**, this 6th day of May, 2024, in accordance with the Opinion filed by the

undersigned on this date, it is hereby ORDERED that Plaintiff's Request for Review is DENIED.

This case may be marked by the Clerk's Office as CLOSED.

BY THE COURT:

*/s/ Scott W. Reid*

_____
SCOTT W. REID
UNITED STATES MAGISTRATE JUDGE